IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY GLENN,              )<br>                                        )<br>         Plaintiff,           )<br>                                        )<br>   vs.                                )<br>                                        )<br>GREYHOUND LINES, INC.,  )<br>                                        )<br>         Defendant.          ) | Case No. 8:04cv293<br><br>**ORDER** |

THIS MATTER came before the court April 21, 2005 for a Rule 16 planning conference. The conference, not held due to a miscommunication between counsel, should be rescheduled.

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **May 9, 2005 at 9:30 a.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 27th day of April 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge