IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GARY GLENN,** | ) | CASE NO.: 8:04CV293 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **GREYHOUND LINES, INC.,** | ) | |
| a corporation | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation of the parties that the above-captioned action be dismissed, with prejudice, each party to pay their own costs, and complete record waived. The Court, being fully advised in the premises, finds that such an order should be entered. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal with Prejudice (Filing No. 14) is approved and the relief requested therein is granted;
2. The Complaint is dismissed with prejudice; and
3. The parties shall pay their own costs and attorneys fees, unless otherwise agreed by and between them.

Dated this 19th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge